# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES of AMERICA | CR. 08 - 201(PGS) |
| V. | ORDER |
| Walik Walker |  |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 24th, day of April 2008,

O R D E R E D that Federal Public Defender Lorriane Gaui-Rufo, Esq., AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

*(signature)*
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender